IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARIAM KHAN,** | § | |
| Plaintiff, | § § § | |
| vs. | § § | Case No. 4:23-cv-04138 |
| **QATAR AIRWAYS CORPORATION,** | § § § | |
| Defendant. | § § | |

### DEFENDANT QATAR AIRWAYS GROUP Q.C.S.C.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's November 1, 2023 Order for Conference and Disclosure of Interested Parties (ECF No. 33), Defendant Qatar Airways Group Q.C.S.C. ("Qatar Airways") (sued as "Qatar Airways Corporation") files this Certificate and certifies the following:

1. Qatar Airways certifies that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

    a. Plaintiff; and

    b. Defendant.

2. Qatar Airways is wholly owned by Qatar Investment Authority ("QIA"). QIA is wholly owned by the Government of the State of Qatar. No publicly held corporation owns 10% or more of Qatar Airways stock.

Dated: November 16, 2023

        Respectfully submitted,

By: /s/ T. Michael Guiffre
    T. Michael Guiffre
    Attorney-in-Charge
    D.C. Bar No. 465745
    S.D. Texas ID No. 3860906
    CROWELL & MORING LLP
    1001 Pennsylvania Avenue NW
    Washington, DC 20004-2595
    Telephone: (202) 624-2501
    Facsimile: (202) 624-2500
    mguiffre@crowell.com

    Counsel for Qatar Airways Group Q.C.S.C.

## CERTIFICATE OF SERVICE

I hereby certify that this document was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service in the above-referenced case are being served this 16th day of November 2023 via the Court's CM/ECF System.

    /s/ T. Michael Guiffre
    T. Michael Guiffre