IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIAM KHAN,<br>　　　　　Plaintiff | §<br>§<br>§ | |
| vs. | §<br>§ | Case No. 4:23-cv-04138 |
| QATAR AIRWAYS CORPORATION,<br>a corporation,<br>　　　　　Defendant | §<br>§<br>§<br>§ | |

## PLAINTIFF'S UNOPPOSED MOTION FOR TAKE NOTHING JUDGMENT

Plaintiff Mariam Khan files this motion for a take nothing judgment in the above-captioned cause dismissing her claims with prejudice. Defendant Qatar Airways Groups Q.C.S.C. does not oppose this motion. The Parties further agree that all taxable costs are to be borne by the party incurring same.

Respectfully submitted,

HUSAIN LAW + ASSOCIATES, P.C.

OF COUNSEL:

WISNER LAW FIRM, P.C.

_____
Floyd A. Wisner
(pro hac vice admission)
161 N. Clark Street, Suite 1600
Chicago, Illinois 60601
312.216.5168
faw@wisner-law.com

_____
Nomaan K. Husain
State Bar No. 24000743
5916 Winsome Lane, Suite 400
Houston, Texas 77057
713.800.1200
713.800.0786 (fax)
nh@hlalawfirm.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF
MARIAM KHAN

1

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Qatar Airways, who advised it is not opposed to the motion.

_____
Nomaan K. Husain

**CERTIFICATE OF SERVICE**

I hereby certify that I have provided a copy of this document to all counsel of record via CM/ECF on _____May 22_____, 2025.

_____
Nomaan K. Husain

2